UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN M GUDYNOWSKI,

    Plaintiff,

v.                                                        Case No: 2:20-cv-176-FtM-38MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R") (Doc. 26) on Defendant's Opposed Motion for Entry of Judgment with Remand (Doc. 22). Judge McCoy recommends granting the Motion. Neither party timely objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's R&R. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

requirement that a district judge review factual findings de novo, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the R&R (Doc. 26) in full.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 26) is **ACCEPTED and ADOPTED** and incorporated into this Order.

2. Defendant's Opposed Motion for Entry of Judgment with Remand (Doc. 22) is **GRANTED**.

3. Defendant's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Motion. *See* (Doc. 22 at 1).

4. If Plaintiff prevails on remand, Plaintiff must comply with the Court's November 14, 2012, standing order (Doc. 1) in Miscellaneous Case No. 6:12-mc-124-Orl-22.

5. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines or pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on January 15, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record